■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v BERNARD K. STOKES, Appellant. [984 NYS2d 281]—An appeal having been taken to this Court by the above-named appellant from a judgment of the Supreme Court, New York County (Gregory Carro, J.), rendered on or about November 14, 2012, said appeal having been argued by counsel for the respective parties, due deliberation having been had thereon, and finding the sentence not excessive, it is unanimously ordered that the judgment so appealed from be and the same is hereby affirmed. Concur—Acosta, J.P., Andrias, Saxe, Freedman and Feinman, JJ.

■ SAUL GABRIEL RIVERA et al., Appellants, v THE ROMAN CATHOLIC CHURCH OF ST. HELENA et al., Respondents. [979 NYS2d 813]—Order, Supreme Court, Bronx County (Norma Ruiz, J.), entered September 13, 2012, which granted defendants' motion for summary judgment dismissing the complaint, unanimously affirmed, without costs.

Summary judgment was properly granted to defendants in this action where the infant plaintiff was injured when he collided with a stairway railing during a game of tag. Plaintiff's own testimony as to how the accident occurred demonstrates that no additional supervision could have prevented his injury (*see Esponda v City of New York*, 62 AD3d 458, 460 [1st Dept 2009]; *see also Lizardo v Board of Educ. of the City of N.Y.*, 77 AD3d 437 [1st Dept 2010]). Concur—Acosta, J.P., Andrias, Saxe, Freedman and Feinman, JJ.